## IN THE UNITED STATES DISTRICT COURT FOR THE

## WESTERN DISTRICT OF OKLAHOMA

**FILED**

NOV 0 4 2025

|  |  |  |  |
|---|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | | |
| | ) | JOAN KANE, CLERK | |
| **Plaintiff,** | ) | U.S. DIST. COURT, WESTERN DIST. OKLA | |
| | ) | BY_____ *nca* _____DEPUT | |
| -vs- | ) | No. **CR 25-458 J** | |
| | ) | | |
| **LARISHA LARELL** | ) | Violations:  18 U.S.C. § 1343 | |
| **WABAUNASEE,** | ) | 18 U.S.C. § 1163 | |
| | ) | | |
| **Defendant.** | ) | | |

## I N D I C T M E N T

The Federal Grand Jury charges:

### Introduction

At all times relevant to this Indictment:

1.    **LARISHA LARELL WABAUNASEE** was a resident of the Western District of Oklahoma.

2.    Arvest Bank ("Arvest") was a financial institution headquartered in the Western District of Arkansas.

3.    Bank of Commerce ("Commerce") was a financial institution headquartered in the Western District of Oklahoma. Wire transactions sent from or to Commerce accounts are processed in Texas.

4.    Block, Inc., previously known as Square, Inc. ("Square"), was a financial services company headquartered in the Northern District of California. Wire transactions

sent from or to Square were processed in either the Northern District of California, the Eastern District of Virginia, or Tokyo, Japan.

## COUNTS 1-5
## (Wire Fraud)

5.      The Federal Grand Jury incorporates paragraphs 1–4 by reference.

### The Scheme to Defraud

6.      From in or about October 2023 through in or about November 2024, in the Western District of Oklahoma and elsewhere,

---------------------------- **LARISHA LARELL WABAUNASEE,** ----------------------------

with the intent to defraud, knowingly and willfully devised, intended to devise, and executed a scheme and artifice to defraud the Caddo Nation Indian Tribe ("Caddo Nation") and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises. In particular, **WABAUNASEE** devised and executed a scheme to defraud the Caddo Nation by creating a business account for a Square point-of-sale terminal used by the Caddo Nation Tag Office that processed customer payments to her personal bank accounts for her own personal use without authorization and falsely represented that the Square account belonged to the Caddo Nation for the benefit of the Caddo Nation.

### Manner and Means of the Scheme to Defraud

7.      It was part of the scheme to defraud that:

a.      **WABAUNASEE** began working for the Caddo Nation on or about September 5, 2023. **WABAUNASEE** was hired to work full time, splitting her time

2

between three departments. **WABAUNASEE** was expected to spend one-third of her time working in the Caddo Nation Tag Office.

b.      The Caddo Nation Tag Office was located in the Western District of Oklahoma.

c.      While working at the Caddo Nation Tag Office, **WABAUNASEE** and other employees of the Caddo Nation Tag Office conducted transactions to register or reregister motor vehicles, including accepting payment for the same.

d.      **WABAUNASEE** and other employees used a Square point-of-sale terminal to process credit or debit card payments made to the Caddo Nation Tag Office. Square accounts are registered using an email account that link to the client's bank accounts.

e.      Between on or about October 5, 2023, and on or about November 8, 2023, **WABAUNASEE** used a Square account registered as "Cado Nation Tag Offic" with her personal email address lwabau1046@yahoo.com.  Payments by Caddo Nation Tag Office customers were diverted to **WABAUNASEE**'s personal bank accounts at Commerce (number XXXX796) and Arvest (number XXXX9734).

f.      **WABAUNASEE** registered a business account with Square under the name "Caddo Tag Office," but registered the business account using an email account owned and controlled by her that linked to her own personal bank account, falsely representing that the business account was set up for the benefit of the Caddo Nation when it was set up for her own personal benefit.

3

g.      On November 8, 2023, **WABAUNASEE** registered a new Square business account under the business name "Caddo Tag Office" using the email address caddotag@gmail.com. The email account caddotag@gmail.com was created, owned, and controlled by **WABAUNASEE** and was never an official email account used by the Caddo Nation. **WABAUNASEE** linked this Square account to her personal bank account at Commerce (number XXXX796). Between on or about November 9, 2023, and on or about November 20, 2024, **WABAUNASEE** used this account to divert payments made by Caddo Nation Tag Office customers to her personal bank accounts at Commerce and Arvest (number XXXX9734) for her own personal use.

### Execution of the Scheme

8.      On or about the dates listed below, in the Western District of Oklahoma and elsewhere, **WABAUNASEE**, for the purposes of executing and attempting to execute the scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses and representations, with intent to defraud Caddo Nation Tag Office, caused the following interstate wire transfers, among others:

| Count | Approximate Date | Description |
|-------|------------------|-------------|
| 1 | December 8, 2023 | Automated Clearing House ("ACH") deposit of $1,290.69 to Commerce account (number XXXX796) owned and controlled by **WABAUNASEE**. |
| 2 | March 5, 2024 | ACH deposit of $2,391.27 to Commerce account (number XXXX796) owned and controlled by **WABAUNASEE**. |

| Count | Approximate Date | Description |
|-------|------------------|-------------|
| 3 | May 29, 2024 | ACH deposit of $1,475.22 to Commerce account (number XXXX796) owned and controlled by **WABAUNASEE**. |
| 4 | July 12, 2024 | ACH deposit of $2,468.08 to Commerce account (number XXXX796) owned and controlled by **WABAUNASEE**. |
| 5 | September 23, 2024 | ACH deposit of $2,376.48 to Commerce account (number XXXX796) owned and controlled by **WABAUNASEE**. |

All in violation of Title 18, United States Code, Section 1343.

## COUNT 6
### (Embezzlement and Theft from an Indian Tribal Organization)

9.     From on or about October 5, 2023, through on or about November 20, 2024, in the Western District of Oklahoma,

---------------------------- **LARISHA LARELL WABAUNASEE,** ----------------------------

being an officer and employee of an Indian tribal organization, namely, the Caddo Nation, did embezzle, steal, and willfully and knowingly convert to her own use moneys, funds, and credits, in excess of $1,000, belonging to the Caddo Nation Tag Office.

All in violation of Title 18, United States Code, Section 1163.

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

TIFFANY EDGMON
Assistant United States Attorney