Court

# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

J

Petty ☐   Misdemeanor ☐   Felony ☑   USAO No.: _____   Case No. **CR 25-458**

Charging Document: **Indictment**   No. of Defendants: 1   Total No. of Counts: 6   Sealed: Y ☑

Forfeiture: Y ☐   HSTF: Y ☐   McGirt: Y ☐   Warrant ☑   Summons ☐   Notice ☐   N ☐
N ☑              N ☑             N ☑           Companion Case No. (if any): _____

**DEFENDANT INFORMATION:**                                                  By: NA

| Name: LARISHA LARELL WABAUNASEE | NOV 04 2025 |
|---|---|
| Alias(es): | Address: |
| | FBI No.: |
| DOB: 1987   SSN: 2428 | Race: American Indian   Interpreter: Y ☑  N ☐ |
| Sex: M ☐  F ☑   Juvenile: Y ☐  N ☑ | Language/Dialect: English |

**DEFENDANT STATUS/RECOMMENDATION:**   **PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

☑ Not in Custody      ☐ Detention Requested   Complaint: Y ☐   N ☑
☑ Type of Bond: Unsecured                     Magistrate Judge Case No.: MJ-
☐ In Custody at: _____
   Inmate/Prisoner/Register No.: _____      Previously Detained: Y ☐   N ☑

**ATTORNEY/AGENCY INFORMATION:**

| ☐ Public Defender | Name: _____ | AUSA: Tiffany Edgmon |
| ☐ CJA Panel | Address: _____ | Agent/Agency: BIA |
| ☐ Retained | Phone: _____ | Agent Contact Info: _____ |

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1-5 | 18 U.S.C. § 1343 | Wire Fraud | NMT 20 yrs' imprisonment; $250,000 fine, or both; NMT 3 yrs' S/R,; $100 SA |
| 6 | 18 U.S.C. § 1163 | Embezzlement and Theft from an Indian Tribal Organization | NMT 5 yrs' imprisonment; $250,000 fine, or both; NMT 3 yrs' S/R,; $100 SA |

**Signature of AUSA:** s/ Tiffany Edgmon          **Date:** 11/04/2025

10/25