OKWD Revised AO 442 (1/16/15)

11884663
26664-1105-0151-J

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V. )<br>)<br>LARISHA LARELL WABAUNASEE )<br>——————————————— )<br>Defendant | Case Number: CR-25-458-J |

**ARREST WARRANT**

RECEIVED
NOV 0 5 2025
U.S. MARSHALS W/OK

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* LARISHA LARELL WABAUNASEE,

who is accused of an offense or violation based on the following document filed with the court:

☑ SEALED Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18:1343 WIRE FRAUD
(1-5)
18:1163 EMBEZZLEMENT AND THEFT FROM AN INDIAN TRIBAL ORGANIZATION
(6)

**Nassil Al Adhami, Deputy Clerk**
**Oklahoma City, Oklahoma**

WARRANT ISSUED:
4:44 pm, Nov 04, 2025
JOAN KANE, CLERK

By: *Nassil* 

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____
ARRESTED ON: 11/07/2025
WITHIN THE W DISTRICT OF OK
BY: BIA

_____
Arresting officer's signature

_____
Printed name and title