## IN THE UNITED STATES DISTRICT COURT FOR THE

## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| -vs- | ) | No. <u>CR-25-458-J</u> |
| | ) | |
| **LARISHA LARELL WABAUNASEE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### JOINT STATEMENT OF DISCOVERY CONFERENCE

This Joint Statement is submitted pursuant to Local Criminal Rule 16.1(b).

1.     **Date Conference Held:** November 24, 2025, 17 days of the appearance before Magistrate Judge Amanda L. Maxfield where a plea of not guilty was entered.

2.     **Names of the attorneys who attended the conference:**

U.S. Attorney/AUSA:  Tiffany Edgmon
Defense Attorney:  Traci Lynn Rhone
☐ Retained  ☒ Federal Public Defender/Assistant FPD or ☐ CJA Panel Member

**Counsel met for purposes of exchanging discovery materials in accordance with the Federal Rules of Criminal Procedure as supplemented by the Local Criminal Court Rules and any orders of this Court and, as a result of the conference, the undersigned counsel report the following:**

3.     **The specific time, date, and place at which the offenses charged are alleged to have been committed:**

As alleged in the Indictment.

4.     **(a)(1) Any contested issues of discovery and inspection raised by counsel for plaintiff:**

None known at this time, other than what is outlined by the defense below.  The United States and the Defense request all notices and discovery to which they are

entitled under the Federal Rules of Criminal Procedure, the Local Rules, or any other federal law or rule. The United States will continue to provide discovery on a timely basis with the understanding that counsel for Ms. Wabaunasee will provide such discovery and notices on a timely basis.

**(2)     Any contested issues of discovery and inspection raised by counsel for defendant:**

None at this time, other than what has been outlined by the defense below. Counsel for the government has provided investigative materials (WAB_000001 through COR_001787), and the Defense acknowledges receipt of the following:

1. Intake 1 (12-06-24) folder, which includes: WAB_000001 through WAB_000003, photos
2. Intake 2 (12-13-24) folder, which includes:
   a. Caddo Nation Discrepancies – by R.P. Finance Supervisor (WAB_000004-000023)
   b. Caddo Nation Employee Packet – Wabaunasee, (WAB_000024-000036)
   c. IMARS Incident Details Report, (WAB_000040-000042)
   d. Incident Summary Report, (WAB_000048-000052)
   e. NCIC Wabaunasee (WAB_000043)
3. Intake 3 (12-16-24) folder, which includes:
   a. Caddo Tribe Tag Transactions Folder, which includes:
      i. Tag Agency Transactions: Seventeen entries from 2023-2024
         1. 2023: 07.2023-12.2023
         2. 2024: 01.2024-11.2024
   b. Banc First Statements Caddo Tribe Sept 2034(sic)-Nov 2024, (WAB_000215 through WAB_000244)
   c. Bank of Commerce Request
   d. Incident Report 2024-12-001_Redacted, (WAB_000246 through WAB_000269)
4. Intake 4 (02-07-25) folder, which includes:
   a. Screenshots (WAB_000270 through WAB_000272)
   b. T. T. (WAB_000273 through WAB_000290)
5. Intake 5 (09-09-25) folder, which includes:
   a. Arvest Records Received folder, which includes:
      i. 2025-0401 Highlight (WAB_000291 through WAB_000494)
      ii. 2025-0401 (WAB_000495 through WAB_000698)
   b. BancFirst Records Received folder, which includes:
      i. April 2025 Caddo (WAB_000699 through WAB_000709)
      ii. Caddo Docs_Redacted (WAB_000710 through WAB_000712)
      iii. Caddo Statements (WAB_000713 through WAB_000853)
      iv. Caddo Subpoena Letter (WAB_000854 through WAB_000857)

        v.    WAB_000858-Caddo Tag Card Lookup  (Excel Worksheet)
- c. Bank of Commerce Records Received folder, which includes:
  - i. 2025_07_21_11_58_27 (WAB_000859 through WAB_000875)
  - ii. 2025_07_21_12_10_21  Acct0664  (WAB_000876   through WAB_000953)
  - iii. 2025_07_21_12_10_21 (WAB_000954 through WAB_001031)
  - iv. 2025_07_21_12_21_04  Acct7796   (WAB_001032   through WAB_001195)
  - v. 2025_07_21_12_21_04  DEC2023toDEC2024  (WAB_001196 through WAB_001359)
  - vi. 2025_07_21_12_21_04 (WAB_001360 through WAB_001523)
  - vii. 2025_07_21_12_33_21 (WAB_001530 through WAB_001570)
  - viii. 2025_07_21_12_34_56 (WAB_001524 through WAB_001529)
- d. BLOCK Inc folder, which includes:
  - i. Block-Certification-of-Records-C24000748 (WAB_001571)
  - ii. Cash-Readme (WAB_001572)
  - iii. Cover-Letter-C24000748 (WAB_001573)
  - iv. Email_44281335 (WAB_001574)
  - v. Email_89876287 (WAB_001575 through WAB_001585)
  - vi. Photos of Wabaunasee (WAB_001586 through WAB_001588)
  - vii. Pos-Readme (WAB_001589)
  - viii. WAB_001590-184521-for-subject-REGISTER-5PRDJ2NMAVT77 (WAB_001590-184521)
  - ix. WAB_001591-184521-for-subject-REGISTER-DSZA4QZ3YEA2V (WAB_001591-184521)
  - x. WAB_001592-184521-for-subject-REGISTER-L06K4BG4MCMF8 BOC acc7796 (WAB_001592-184521)
  - xi. WAB_001593-184521-for-subject-REGISTER-L06K4BG4MCMF8 (WAB_001593-184521)
  - xii. WAB_001594-184521-for-subject-REGISTER-LWF8NSE0R8P1E (WAB_001594-184521)
  - xiii. WAB_001595-184521-for-subject-SQ_CASH-C_hqecc0y9v (WAB_001595-184521)
  - xiv. WAB_001596-184649-for-subject-REGISTER-0CXVMGBNS3DRS (WAB_001596-184649)
  - xv. WAB_001597-184649-for-subject-REGISTER-5PRDJ2NMAVT77 (WAB_001597-184649)
  - xvi. WAB_001598-184649-for-subject-REGISTER-71F8GSP3WKVC5 (WAB_001598-184649)
  - xvii. WAB_001599-184649-for-subject-REGISTER-DSZA4QZ3YEA2V (WAB_001599-184649)
- e. Legacy Records Received folder, which includes:
  - i. Wabaunasee Legacy Bank Doc Prod folder, which includes:

    1. 11072386 – LaRisha Wabaunasee – Bank Stmts folder, which includes - 23 documents:
        a. OB96FB (WAB_001600 through WAB_001612)
        b. OB97BD (WAB_001613 through WAB_001617)
        c. OB97CE (WAB_001618 through WAB_001620)
        d. OB97DE (WAB_001621 through WAB_001625)
        e. OB97FF (WAB_001626 through WAB_001629)
        f. OB98B1 (WAB_001630 through WAB_001633)
        g. OB98C2 (WAB_001634 through WAB_001637)
        h. OB98E2 (WAB_001638 through WAB_001640)
        i. OB971B (WAB_001641 through WAB_001656)
        j. OB973B (WAB_001657 through WAB_001670)
        k. OB974C (WAB_001671 through WAB_001686)
        l. OB976C (WAB_001687 through WAB_001702)
        m. OB978C (WAB_001703 through WAB_001713)
        n. OB979D (WAB_001714 through WAB_001720)
        o. OB980F (WAB_001721 through WAB_001724)
        p. OB982F (WAB_001725 through WAB_001728)
        q. OB9850 (WAB_001729 through WAB_001732)
        r. OB9860 (WAB_001733 through WAB_001737)
        s. OB9881 (WAB_001738 through WAB_001741)
        t. OB9891 (WAB_001742 through WAB_001745)
        u. OB9903 (WAB_001746 through WAB_001749)
        v. OB9913 (WAB_001750 through WAB_001753)
        w. OB9933 (WAB_001754 through WAB_001757)
    2. 11926375 – J. W. Bank Stmts folder, which includes – 6 documents:
        a. OB59BA (WAB_001758 through WAB_001760)
        b. OB59EA (WAB_001761 through WAB_001763)
        c. OB590A (WAB_001764 through WAB_001766)
        d. OB591A (WAB_001767 through WAB_001769)
        e. OB594A (WAB_001770 through WAB_001772)
        f. OB598A (WAB_001773 through WAB_001776)
    3. 2025-03-31-US Atty GJ Subp 2024R01020-0006 (WAB_001777 through WAB_001787)
  ii. Wabaunasee Rsp to GJ Sub folder, which includes:
    1. 11072386 – LaRisha Wabaunasee folder, which includes – 8 documents:
        a. OB45AE (WAB_001788)
        b. OB45BE (WAB_001789)
        c. OB45DF (WAB_001790)
        d. OB460E (WAB_001791)
        e. OB463E (WAB_001792)

4

      f.   OB465F (WAB_001793)
      g.  OB466F (WAB_001794 through WAB_001795)
      h.  OB4680 (WAB_001796 through WAB_001797)

2.  11926375 – J. W. folder, which includes – 5 documents:
      a.  OB54A7 (WAB_001798)
      b.  OB5455_Redacted      (WAB_001799      through WAB_001800)
      c.  OB5466 (WAB_001801 through WAB_001802)
      d.  OB5476 (WAB_001803 through WAB_001810)
      e.  OB5487_Redacted (WAB_001811)

3.  2025-03-31-US Atty GJ Subp 2024R01020-0006 (WAB_001812 through WAB_001822)

4.  2025-08-07-Certificate of Authority-Signed (WAB_001823 through WAB_001824)

5.  Emails - 02-2025 (WAB_001825 through WAB_001842)

Counsel for the defense has been provided with unredacted copies of all law enforcement reports and the defense has agreed to a protective order relative to any law enforcement reports or other discovery if applicable in the future.

**(b)    Any additional discovery or inspection desired by either party:**

Both parties request all discovery contemplated by the Federal Rules of Criminal Procedure, including Rule 16, the local criminal rules, and *Brady*, *Giglio*, and related cases.

Counsel for the defense has been provided with unredacted copies of all law enforcement reports and the defense has agreed to a protective order relative to any law enforcement reports or other discovery if applicable in the future.

5.    **The fact of disclosure of all materials favorable to the defendant or the absence thereof within the meaning of *Brady v. Maryland* and related cases:**

Counsel for plaintiff expressly acknowledges continuing responsibility to disclose any material favorable to defendant within the meaning of *Brady* that becomes known to the government during the course of these proceedings.

6.    **The fact of disclosure of the existence or nonexistence of any evidence obtained through electronic surveillance or wiretap:**

None at this time. Counsel for plaintiff submits that no wiretap was conducted in this case.

The defense requests the disclosure of any related evidence that may be discovered in the future.

7.   **The fact of disclosure of the contemplated use of the testimony of an informer. (Include only the fact an informer exists and not the name or testimony thereof):**

None at this time. The defense requests the disclosure of any related evidence that may be discovered in the future.

8.   **The fact of disclosure of the general nature of any evidence of other crimes, wrongs, or acts the government intends to introduce at trial pursuant to Fed. R. Evid. 404(b):**

The United States will provide reasonable notice before trial of any such evidence of other crimes, wrongs, or acts that the government intends to introduce at trial, as required by Fed. R. Evid. 404(b), the Federal Rules of Criminal Procedure, the Local Rules, or any other federal law, rule, or order.

The defense requests the disclosure of any anticipated evidence of Fed. R. Evid. 404(b) information the government intends to introduce at trial, as soon as practicable, but in no event later than fourteen (14) days prior to the trial of this cause.

9.   **The fact of disclosure of the prior felony convictions of any witness the government intends to call in its case-in-chief:**

The United States will disclose if applicable.

10.  **The resolution, if any, of foundational objections to documentary evidence to be used by both parties (except for the purpose of impeachment):**

None at this time. Both parties will discuss and attempt to negotiate any foundational objections relating to evidence expected to be introduced at trial as witness and exhibit lists are finalized and exchanged.

11.  **The resolution, if any, of chain-of-custody matters (where at issue):**

None at this time. Both parties will discuss and attempt to negotiate any chain of custody objections relating to evidence expected to be introduced at trial as witness and exhibit lists are finalized and exchanged.

12. **The resolution, if any, of the admissibility of any reports containing scientific analysis without requiring the expert's attendance at trial:**

None at this time. Both parties will discuss and attempt to negotiate any admissibility issues regarding scientific analysis reports expected to be introduced prior to trial as well as the attendance of any experts.

13. **The parties will provide each other with the opportunity to inspect any demonstrative evidence, representational exhibits or charts.**

Counsel for both parties state that presently there are no additional matters of discovery presently known.

Counsel expressly acknowledge the obligation to produce these item(s) as soon as practicable.

14. **Notice of Alibi:**

None at this time. Reserved by the defense.

Pursuant to Fed. R. Crim. P. 12.1(a)(1), the United States requests notice of any alibi defense, based on the time, date, and place of the offense as alleged in the Indictment.

15. **Notice of Insanity Defense or Expert Testimony of Defendant's Mental Condition:**

None at this time. Reserved by the defense.

16. **Notice of Defense Based on Public Authority:**

None at this time. Reserved by the defense.

At the conclusion of this conference, counsel conferred concerning the contents of this joint statement.

Respectfully submitted,

ROBERT J. TROESTER
United States Attorney

*s/TIFFANY EDGMON*
Assistant U.S. Attorney
Oklahoma Bar No.  32843
210 Park Avenue, Suite 400
Oklahoma City, Oklahoma 73102
(405) 553-8700 (Office)
(405) 553-8888 (Fax)
Tiffany.Edgmon@usdoj.gov

*s/TRACI L. RHONE*
Counsel for Defendant
Assistant Federal Public Defender
Oklahoma Bar Number:  19285
215 Dean A. McGee, Suite 109
Oklahoma City, Oklahoma 73102
(405) 609-5930 (office)
(405) 609-5932 (fax)
Traci_Rhone@fd.org