☐ WAIVE, FILE & ARRAIGNMENT or  ☒ CHANGE OF PLEA MINUTE SHEET   Date: 2/2/2026

(Courtroom #303)

CASE NO. CR-25-458-J                           Style: USA v. Larisha Larell Wabaunasee

COMMENCED: 11:00   ENDED: 11:30            TOTAL TIME: 30 mins

JUDGE Bernard M. Jones, II         DEPUTY: D. Wayne Lee      REPORTER: Susan Fenimore

| Plf Counsel: Tiffany Edgmon, AUSA | Dft Counsel: Traci Rhone, FPD |
| Probation Officer: Amy Jackson | Interpreter: |

COURTROOM MINUTE:  Counsel/parties appear as above noted.

Defendant appears with counsel.  Defendant states age as 38 years old.

**The Gov't states the Maximum Penalties to which the defendant is pleading:**
Count 6: Not more than 5 years; $250,000.00 fine, or both; Supervised Release Not more than 3 years; a mandatory special assessment of $100.00.

☒ Dft. is fully Apprised;

☒ Dft. waives right to trial by jury.

☒ Defendant enters plea of Guilty to Count(s) 6 of the Indictment.

The Court accepts defendant's plea and finds the defendant guilty of the offense(s) charged.

Referred to Probation Officer for the Presentence Investigation Report.

Dft. is released on the previously posted bond per conditions of Release Order.