**SENTENCING MINUTE SHEET**                                    DATE June 29, 2026
(Courtroom #304)

CASE NO. CR-25-458-J                          Style: USA v. Larisha Larell Wabaunasee

COMMENCED:  11:00 A.M.   ENDED:  12:00 P.M.          TOTAL TIME:  1 hr

JUDGE Bernard M. Jones, II          DEPUTY: D. Wayne Lee     REPORTER: Sherri Grubbs

| Plf Counsel: Tiffany Edgmon, AUSA | Dft Counsel: Traci Rhone, CJA |
|---|---|
| Probation Officer: Amy Jackson | Interpreter: N/A |

SENTENCING MINUTE: Defendant appears in person with counsel.  Presentence Report reviewed by government's counsel, defendant's counsel and defendant.  The Govt. does not object to the PSR, however the Dft. has raised numerous objections. Dft. withdraws objections 21, 28, 33, 37, and 83.

Rulings:
Paragraphs 50, 53, 55, 58, 60, 61, and 63 – No ruling necessary

Arguments Heard.

Dft. address the Court.

☒      Defendant is sentenced to the custody of the Bureau of Prisons for a term of **6 months**.

☒      Fine waived due to dft.'s inability to pay a fine.

☒      Court recommends that dft. participate in the Inmate Financial Responsibility program, while incarcerated, at a rate determined by Bureau of Prisons staff in accordance with the requirements of the Inmate Financial Responsibility program.

The defendant is ordered to make restitution in the amount of $151,208.25, which shall be due immediately. Payments shall be made payable and forwarded to the U.S. Court Clerk for distribution to the following victim(s):

| Victim Name | Amount of Loss |
|---|---|
| Caddo Nation | $151,208.25 |

If restitution is not paid immediately, the defendant shall make payments of 10% of the defendant's quarterly earnings during the term of imprisonment.

☒    Upon expiration of sentence imposed herein, dft. shall serve a term of supervised release of **3 years.**

Defendant to abide by following conditions of supervision:

☒    Within 72 hours of release from custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released.

☒    The defendant shall comply with the standard conditions of supervision adopted by this Court and shall not possess a firearm or other destructive device and shall cooperate in the collection of DNA, as directed by law.

☒    If restitution is not paid immediately, the defendant shall make payments of the greater of $150.00 per month or 10% of the dft's gross monthly income, as directed by the probation officer. Payments are to commence no later than **30 days** after release from confinement.

**SPECIAL CONDITIONS:**

☒    The defendant shall comply with the special conditions listed in Part D of the PSR. The Court adopts the Probation Officer's justification for each of these conditions, as detailed in the Recommended Conditions of Supervision section of the report.

☒    Defendant Ordered to pay special assessment of $100.00 due immediately.

----------------------------------------------------------------

☒    Defendant is advised of right to appeal the judgment, sentence and conviction to the US Court of Appeals for the Tenth Circuit and of right to appeal in forma pauperis.

-----------------------------------------------------------

☒    The Court recommends that the Dft be incarcerated at an FCI closest to Oklahoma.

☒    The Court orders defendant to self-report to the designated facility no later than 12:00 noon on **Wednesday, July 29, 2026**; Defendant to remain on present bond until reporting to the designated facility.

☐    Indictment dismissed upon motion of the government
☐    Superseding Indictment dismissed upon motion of the government
☒    Count(s) 1-5 of the Indictment dismissed upon motion of the gov't